# EXHIBIT A



# VETCOMM LLC.
*A Disabled Veteran Company*

Distributed by: **Emergency Medical Supplies**

## 2020 Fee List

| Product Code | Product Description | $/each | Qty | Total |
|---|---|---|---|---|
| **Face Mask** | | | | |
| 1860 | 3M 1860 N95 Mask | $5.79 | 20000 | $115,800 |
| 8210 | 3M 8210 N95 Mask | $5.79 | | $0 |
| KN951 | K N95 Mask | $5.30 | | $0 |
| M9501 | N95 Mask (Generic) | $5.30 | | $0 |
| KN981 | K M98 Mask | $5.40 | | $0 |
| SM01 | Surgical Mask (Non-Sterile) | $0.95 | | $0 |
| SM02 | Surgical Mask (Sterile) | $1.25 | 20000 | $25,000 |
| CM30 | Carbon Mask (30 day effective) | $28.55 | | $0 |
| **Gowns/Coveralls** | | | | |
| TBD | Gown (Disposable) | $2.26 | 35000 | $79,100 |
| GN01 | Gown (Disposable) | $6.26 | | $0 |
| GN02 | Gown (Surgical) | $43.56 | | $0 |
| CA01 | Coverall (Non-Isolated Medical) | $25.26 | 5000 | $126,300 |
| CA02 | Coverall (Isolated Medical) | $46.56 | | $0 |
| PPEK01 | PPE Kit (Non-isolated w/Face Shield) | $32.68 | | $0 |
| PPEK02 | PPE Kit w/Goggles (Isolated w/Goggles) | $62.85 | | $0 |
| **Testing Kits** | | | | |
| TEST1 | Logix Smart COVID detection test kit (90 min) | $30.00 | | $0 |
| TEST2 | COVID antibody kit (5min) | $68.90 | | $0 |
| **Gloves** | | | | |
| GLS01 | Gloves (Surgical) | $0.54 | | $0 |
| GLS02 | Gloves (Exam) Nitrile, Powder Free | $0.46 | 40000 | $18,400 |
| **Misc.** | | | | |
| TBD | Face Shield | $2.04 | | $0 |
| HS01 | Hand Sanitizer (1 gallon) | $75.00 | | $0 |
| TBD | Thermometer (Infrared) | $68.23 | | $0 |
| | | **TOTAL** | 120000 | $364,600 |

Payment Terms: 100% due upon order
1. Send Order Form/PO to: rbundy@osteobiologicsolutions.com
2. Wire funds to escrow account
   Bank Address: 701 Poydras St., #250-A, New Orleans, LA 701139
   Account Name: Aaron & Gianna, PLC client trust account
   Account Address: 201 Saint Charles Ave., #3800, New Orleans, LA 70170
   Bank Account #: 711085625
   Bank Routing #: 065000171
3. Ship To Name/Address:_____ Lifetree Pharmacy, 15063 MacCorkle Ave SE, Cabin Creek WV 25035
4. Client Approval Signature:_____ Matthew Poorman