Case 2:21-cv-00400 Document 1-2 Filed 07/14/21 Page 1 of 2 PageID #: 18

# EXHIBIT B



**DeWayne L. Williams**
Shareholder and Director
Admitted in LA
(504) 569-1802
dwilliams@aarongianna.com

May 7, 2020

### File No.: 32003 – Life Care Pharmacy

| Date | Wire Amount | Depositor/Beneficiary |
|---|---|---|
| 04/15/20 | $364,600.00 | Life Care Pharmacy |
| 04/21/20 | ($167,000.00) | Sky Group Construction & Hauling |
| 04/30/20 | ($39,250.00) | Emergency Medical Supplies |
| 04/30/20 | ($2,000.00) | Health Management Group |
| 05/05/20 | ($4,174.00) | Zoweh Holdings, LLC |
| 05/06/20 | ($17,240.00) | Nautilus Global Ventures |
| Remaining Balance: | $134,936.00 | |