# EXHIBIT C

## Matthew Poorman

**From:** DeWayne Williams <dwilliams@aarongianna.com>
**Sent:** Tuesday, June 9, 2020 10:01 PM
**To:** Todd R. Jones CPA, MBA; Deron Brown; Deron Mask Nu Psi
**Cc:** Matthew Poorman; Pam Myers; DeWayne Williams
**Subject:** RE: PPE Supply Wire

Mr. Jones:

Thank you for your email. Our firm operated as Escrow Agent for Vetcomm and performed all transactions at the specific instruction of Vetcomm. We had no Escrow Agreement or privity of contract with American Medical Facilities Management (AMFM) requiring notice of expenditures or approval by AMFM, although that was an aspiration if necessary. Conversely, we had an agreement with Vetcomm to perform transactions as specifically directed and when specifically directed. We followed those directions as given and have provided you with a Reconciliation of those transactions. We were always told that the expenditures were to secure the products you ordered, and still have no reason to believe otherwise. We were never told, nor provided documentation, that AMFM's approval of expenditures was required or necessary before we could release funds. If you have documentation to the contrary, please provide same at your earliest convenience.

We advised Vetcomm that we were returning the remaining funds in our account ($134,936.00) to you based on your request. Vetcomm acknowledged same and indicated that it would be requesting a refund on your behalf from the vendors paid. Our firm has never received any payment at all in this matter, and has in fact likely incurred wiring fees for the various transactions without reimbursement. Thus, no expenditures were made to Aaron & Gianna, PLC at all requiring a refund.

As stated in my previous email, I am copying Vetcomm on this transmission for follow-up. You may reach out to Vetcomm directly to resolve this issue. Should any refunds on this matter be deposited into Aaron & Gianna, PLC's account, we will wire those funds back to you and waive all wiring fees. However, it is Aaron & Gianna's position that it has not violated any agreement regarding the release of any funds in this matter. All expenditures were made at the specific direction of Vetcomm, and A&G was never provided any documentation indicating that AMFM's approval was required or necessary to release any funds. Again, if you have documentation to the contrary please provide same.

DeWayne

DeWayne L. Williams
Shareholder/Director
Aaron & Gianna, PLC
201 St. Charles Ave.
Suite 3800
New Orleans, LA 70170
Tel: (504) 569-1802
Fax: (504) 569-1801




1