**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**
**AT CHARLESTON**

| | | |
|---|---|---|
| **AMERICAN MEDICAL FACILITIES** | : | |
| **MANAGEMENT, LLC d/b/a AMFM** | : | |
| | : | |
| **Plaintiff,** | : | |
| **v.** | : | **Civil Action No. 2:21-cv-00400** |
| | : | **Honorable John T. Copenhaver, Jr.** |
| **AARON & GIANNA, PLC,** | : | |
| **DEWAYNE L. WILLIAMS,** | : | |
| **VETCOMM, LLC, TERRY READO,** | : | |
| **DERON BROWN** | : | |
| **OSTEOBIOLOGIC SOLUTIONS, INC.,** | : | |
| **and ROBERT BUNDY** | : | |
| | : | |
| **Defendants.** | : | |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO EFFECUATE SERVICE ON**
**DEFENDANTS, DERON BROWN, TERRY READO, AND VETCOMM, LLC; AND,**
**MOTION FOR SUBSTITUTED SERVICE OF PROCESS**

**COMES NOW**, Plaintiff, American Medical Facilities Management, LLC d/b/a

AMFM ("AMFM"), by and through counsel, pursuant to Rule 4(m) of the Federal Rules of

Civil Procedure and move for a thirty (30) day extension of time to effectuate service of

process on Defendants, Deron Brown, Terry Reado, and Vetcomm, LLC and further

moves for leave to serve these Defendants, Brown and Vetcomm, LLC via substituted

service of process pursuant to Rule 4(e)(1) under the applicable substituted service

provisions provided under the laws of the State of Louisiana.[1]  In support of its Motion,

Plaintiff incorporates by reference, its contemporaneously filed Memorandum in Support

of Plaintiff's Motion for Extension of Time to Effectuate Service on Defendants, Deron

---

[1] Defendant is not seeking to serve Defendant Reado at this time via substituted service.

1

Brown, Terry Reado, and Vetcomm, LLC; and, Motion for Substituted Service of Process. In addition, Plaintiff attached the following Exhibits:

1. Exhibit 1 – Affidavit of Service on DeWayne Williams

2. Exhibit 2 – Affidavit of Service on William Aaron as Registered Agent for Aaron & Gianna, PLC

3. Exhibit 3 – Louisiana Secretary of State Business Filings for Vetcomm, LLC

4. Exhibit 4 – Affidavit of Non-Service of Deron Brown in New Orleans, LA

5. Exhibit 5 – Affidavit of Non-Service of Deron Brown and Vetcomm, LLC in Baton Rouge, LA.

6. Exhibit 6 – Affidavit of Deron Brown

**WHEREFORE**, Plaintiff, for reasons stated herein, respectfully requests an order granting Plaintiff a thirty (30) day extension of time to effectuate service of process on Deron Brown, Terry Reado, and Vetcomm, LLC, an order granting Plaintiff leave to serve the Defendants, Deron Brown and Vetcomm, LLC via substituted service of process pursuant to Rule 4(e)(1) under the applicable substituted service provisions provided under the laws of the State of Louisiana and for any and all other relief the Court deems equitable and just.

**AMERICAN MEDICAL FACILITIES
MANAGEMENT, LLC d/b/a AMFM**

**Plaintiff,**

**By Counsel:**

/s/ Mark A. Robinson
 (WVSB #5954)
**FLAHERTY SENSABAUGH BONASSO, PLLC**
P.O. Box 3843
Charleston, WV 25301
(304) 345-0200
(304) 345-0260 (facsimile)
mrobinson@flahertylegal.com

AND

Matthew Mains, Esquire (WVSB # 11854)
**FLAHERTY SENSABAUGH BONASSO, PLLC**
2333 Alexandria Drive
Lexington, KY 40504
Telephone:    (859) 394-0017
Facsimile:    (859) 394-0017
mmains@flahertylegal.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON**

| | | |
|---|---|---|
| **AMERICAN MEDICAL FACILITIES** | : | |
| **MANAGEMENT, LLC d/b/a AMFM** | : | |
| | : | |
| **Plaintiff,** | : | |
| **v.** | : | **Civil Action No. 2:21-cv-00400** |
| | : | **Honorable John T. Copenhaver, Jr.** |
| **AARON & GIANNA, PLC,** | : | |
| **DEWAYNE L. WILLIAMS,** | : | |
| **VETCOMM, LLC, TERRY READO,** | : | |
| **OSTEOBIOLOGIC SOLUTIONS, INC.,** | : | |
| **and ROBERT BUNDY** | : | |
| | : | |
| **Defendants.** | : | |

**<u>CERTIFICATE OF SERVICE</u>**

Undersigned counsel hereby certifies that it has served a true and correct copy Plaintiff's "***PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO EFFECUATE SERVICE ON DEFENDANTS, DERON BROWN, TERRY READO, AND VETCOMM, LLC; AND, MOTION FOR SUBSTITUTED SERVICE OF PROCESS,"*** upon counsel for the parties, as well as parties not represented via the Public Access to Court Electronic Records system and/or via U.S. Mail, postage prepaid on this 1st day of December 2021 upon the following:

Kevin J. Robinson, Esq.
***Pullin, Fowler, Flanagan, Brown & Poe, LLC***
252 George Street
Beckley, WV 25801
*Counsel for Defendants, Aaron & Gianna, PLC,*
*And DeWayne Williams*

Vetcomm, LLC
9800 Airline Hwy
Ste 221
Baton Rouge, LA 70816

4

Terry Reado
9800 Airline Hwy
Ste 221
Baton Rouge, LA 70816

Deron Brown
9800 Airline Hwy
Ste 221
Baton Rouge, LA 70816

Osteobiologic Solutions, Inc
Agent: Robert Bundy
130 Wind Ridge Circle
The Woodlands, TX 77381
Courtesy copy to:
Ashley French (via email to:
AFrench@c-wlaw.com)


Robert Bundy
130 Wind Ridge Circle
The Woodlands, TX 77381
Courtesy copy to:
Ashley French (via email to:
AFrench@c-wlaw.com)

/s/ Mark A. Robinson
Mark A. Robinson, Esquire (WVSB #5954)
Matthew Mains, Esquire (WVSB # 11854)