UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

AMERICAN MEDICAL FACILITIES
MANAGEMENT, LLC, d/b/a/ AMFM
   Plaintiff,

v.             CIVIL ACTION NO.: 2:21-cv-00400
               HONORABLE JOHN T. COPENHAVER, JR.

AARON & GIANNA, PLC, ET AL.

   Defendants.

## DEFENDANT AARON & GIANNA, PLC'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT FOR LACK OF PERSONAL JURISDICTION (12(b)(2) AND IMPROPER VENUE (12(b)(3)

  NOW COMES the Defendant, Aaron & Gianna, (hereinafter sometimes referred to as "A&G"), by and through counsel, Kevin J. Robinson and the law firm of Pullin, Fowler, Flanagan, Brown & Poe, PLLC, and respectfully moves this Court to dismiss Plaintiff's Amended Complaint for lack of personal jurisdiction pursuant to Rule 12(b)(2) and lack of venue pursuant to Rule 12(b)(3) of the Federal Rules of Civil Procedure. In support of its Motion, Defendant states as follows:

  I.  **Plaintiff's Amended Complaint should be dismissed pursuant to Federal Rule of Civil Procedure Article 12(b)(2) for lack of personal jurisdiction.**

  II.  **Plaintiff's Amended Complaint should be dismissed pursuant to Federal Rule of Civil Procedure Article 12(b)(3) for improper venue.**

    Exhibit A  Affidavit of Deron Brown

    Exhibit B  Plaintiff's Amended Complaint

    Exhibit C  Affidavit of DeWayne Williams

    Exhibit D  Email

## CONCLUSION

WHEREFORE, A&G submits that Plaintiff's Amended Complaint should be dismissed: (1) pursuant to Federal Rule of Civil Procedure Article 12(b)(2) for lack of personal jurisdiction; and (2) for improper venue.

                              **AARON & GIANNA, PLC**
                              By Counsel,

                              /s/ Kevin J. Robinson
                              Kevin J. Robinson, WV State Bar No. 10181

***PULLIN, FOWLER, FLANAGAN, BROWN & POE, PLLC***
252 George Street
Beckley, WV 25801
Telephone: (304) 254-9300
Facsimile: (304) 255-5519

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

**AMERICAN MEDICAL FACILITIES
MANAGEMENT, LLC, d/b/a/ AMFM**
        **Plaintiff,**

v.                                          **CIVIL ACTION NO.: 2:21-cv-00400**
                                              HONORABLE JOHN T. COPENHAVER, JR.

**AARON & GIANNA, PLC, ET AL.**

        **Defendants.**

### CERTIFICATE OF SERVICE

The undersigned, counsel of record for Defendants, does hereby certify on this 14th day of December, 2021, that a true copy of the foregoing "**DEFENDANT AARON & GIANNA, PLC'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT FOR LACK OF PERSONAL JURISDICTION (12(b)(2) AND IMPROPER VENUE (12(b)(3)**" was served upon opposing counsel through the Court's CM/ECF filing system as follows:

Mark A. Robinson, Esquire
Flaherty Sensabaugh & Bonasso
PO Box 3843
Charleston, WV 25338-3843
mrobinson@flahertylegal.com

and

Matthew Mains, Esquire
Flaherty Sensabaugh & Bonasso
2333 Alexandria Drive
Lexington, KY 40504
mmains@flahertylegal.com

                                              /s/ Kevin J. Robinson
                                              Kevin J. Robinson, WV State Bar No. 10181