```
         UNITED STATES DISTRICT COURT
       SOUTHERN DISTRICT OF WEST VIRGINIA
                  AT CHARLESTON
```

**AMERICAN MEDICAL FACILITIES**
**MANAGEMENT, LLC, d/b/a AMFM**

      Plaintiff,

v.                                      Civil Action No. 2:21-cv-00400

**AARON & GIANNA, PLC; DEWAYNE**
**L. WILLIAMS; VETCOMM, LLC;**
**TERRY READO; and DERON BROWN,**

      Defendants.

<u>ORDER</u>

Pursuant to the court's Memorandum Opinion and Order filed on October 5, 2023, granting defendants DeWayne Williams' and Aaron & Gianna, PLC's, motion for summary judgment, it is ORDERED, ADJUDGED, and DECREED that judgment be entered in favor of defendants DeWayne Williams and Aaron & Gianna, PLC, and against plaintiff American Medical Facilities Management, LLC.

The Clerk is directed to transmit copies of this order to all counsel of record and any unrepresented parties.

                ENTER: October 20, 2023

                John T. Copenhaver, Jr.
                Senior United States District Judge